IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| VANESSA MYERS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:21-CV-00493-DGK |
| UMB BANK, N.A., | ) ) ) |
| Defendant. | ) |

## ORDER DISMISSING CASE

Plaintiff filed this action on June 7, 2021, in the Circuit Court of Jackson County, Missouri. At 12:31 P.M. on July 14, 2021, Plaintiff voluntarily dismissed the action. At around 4:00 P.M. that same day, before receiving notice of Plaintiff's dismissal and before the Circuit Court updated the docket, Defendant removed the action to this Court. Now before the Court is Defendant's "Notice of Plaintiff's Dismissal." ECF No. 4.

Because 28 U.S.C. § 1446 only allows for the removal of a civil action, and no civil action existed at the time of removal, this case is DISMISSED.

**IT IS SO ORDERED.**

Date: July 20, 2021         /s/ Greg Kays
                            GREG KAYS, JUDGE
                            UNITED STATES DISTRICT COURT